IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MACANTHONY GORDON,<br><br>　　　　　　　Defendant. | 8:21CR203<br><br>ORDER |

　　　　This matter is before the Court on the government's Motion for Dismissal (Filing No. 67). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 55) as to defendant MacAnthony Gordon. The Court finds the Motion should be granted. Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The government's Motion for Dismissal (Filing No. 67) is granted.

　　　　2.　　The Petition for Offender Under Supervision (Filing No. 55) is hereby dismissed without prejudice.

　　　　3.　　The violation hearing set for January 14, 2026, at 1:00 p.m. is cancelled.

　　　　Dated this 13th day of January 2026.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge